THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 South Carolina Department of Social Services, Respondent,
 
 
 

v.

 
 
 
 Thomas Ashley Inman and Andrea Davis, Defendants,
 of whom Thomas Ashley Inman is Appellant.
 In the interest of: Jacob Inman, DOB: 1/12/00, a minor under the age of 18.
 
 
 

Appeal From Dorchester County
 William J. Wylie, Jr., Family Court Judge

Memorandum Opinion No. 2006-MO-045
Heard October 17, 2006  Filed December 11, 2006   

AFFIRMED

 
 
 
 Gregory Samuel Forman, of Charleston, for Appellant.
 Deborah  Murdock, of Greenville, and Graves H. Wilson, Jr., of Summerville, for Respondent.
 William R. Hearn, Jr., of Summerville, Guardian Ad Litem.
 Denise Grainger Swope, of Charleston, for Defendants.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities:  Hickman v. Hickman, 301 S.C. 455, 392 S.E.2d 481 (Ct. App. 1990) (party cannot use a motion to reconsider to present an issue that could have been raised prior to the judgment but was not); Charleston County Dept. of Soc. Serv. v. Jackson, 368 S.C. 87, 627 S.E.2d 765 (Ct. App. 2006) (alleged due process violation not reviewed because the issue was not raised to or ruled upon by the family court); Kirkland v. Allcraft Steel Co., Inc., 329 S.C. 389, 496 S.E.2d 624 (1998) (a stipulation is an agreement, admission or concession made in judicial proceedings by the parties thereto or their attorneys, and it is binding upon those who make them); and State v. Johnson, 298 S.C. 496, 381 S.E.2d 732 (1989) (express consent to the admission of evidence constitutes a waiver of the issue on appeal).
AFFIRMED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.